IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE ALLERE GROUP PROFESSIONAL CORPORATION,** <br> **BARNEY P. BOLT, JR.** <br>             **Plaintiffs,** <br>       v. <br> **TGVZG, LLC** <br>             **Defendant.** | **CIVIL ACTION NO. 22-3249** |

# ORDER

**AND NOW**, this 15th day of December 2023, upon consideration of Defendant TGVZG, LLC's Motion to Dismiss the Complaint and to Compel Arbitration [Doc. No. 9] and the counseled response and replies thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**. The Clerk of Court is directed to **CLOSE** the case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**